IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY RICHARD RICE | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA and | ) | |
| the UNITED STATES ARMY CORPS | ) | |
| OF ENGINEERS | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

Plaintiff, Jeffrey Richard Rice, by and through his undersigned counsel, alleges as follows:

### JURISDICTION AND VENUE

1. As set forth herein, this action arises under the Federal Tort Claims Act, 28 U.S.C. § 1346(b).

2. Venue is appropriate in this District pursuant to 28 U.S.C. § 1391(b) in that, at all times relevant hereto, the Plaintiff was a resident of New Castle County, Delaware which is within this judicial District. Further, a substantial part of the events or omissions giving rise to the claim herein occurred in New Castle County, Delaware which is within this judicial District.

3. More than six months prior to the filing of this action, and consistent with 28 U.S.C. § 2675, the claim set forth herein was presented to defendant the United States Army Corps of Engineers ("Defendant Corps") and a sum certain was demanded.

4. As of the date of filing this matter, Defendant Corps has neither accepted or denied the claim.

## THE PARTIES

5. At all times relevant hereto, the plaintiff Jeffrey Richard Rice ("Plaintiff") was a resident of the State of Delaware.

6. Upon information and belief, at all times relevant hereto, Defendant Corps and defendant United States of America ("Defendant USA") owned or controlled the bridge that crosses the Chesapeake & Delaware Canal in New Castle County, Delaware also known as the Summit Bridge (the "Bridge"). (Hereinafter, Defendant Corps and Defendant USA may be referred to collectively as "Defendants").

7. Upon information and belief, at all times relevant hereto, Defendants owned or controlled the summit bridge incline that is 1/10 mile South of Route 7 on Route 896 (the "Bridge Incline").

8. Upon information and belief, at all times relevant hereto, Defendants had the sole responsibility for maintaining and/or operating the Bridge and the Bridge Incline.

9. Upon information and belief, at all times relevant hereto, Defendants were the sole and/or only owners of the Bridge and the Bridge Incline.

## FACTS

10. On or about May 29, 2005, around 12:31 p.m., Plaintiff was driving his motorcycle in the right, southbound lane of Route 896 approaching the Bridge Incline and the Bridge.

11. At the time of the incident in question, Plaintiff's motorcycle struck a massive pot hole in the middle of the right southbound lane of Route 896 in the area of the Bridge Incline (the "Collision") causing his motorcycle to flip over forward.

12. As a result of the Collision, Plaintiff was thrown through the air and onto the Bridge Incline and Bridge road surfaces.

## FIRST CAUSE OF ACTION - NEGLIGENCE

13. Defendants owed a duty to Plaintiff and other drivers to maintain the Bridge and Bridge Incline in a safe, drivable condition.

14. Defendants failed to maintain the Bridge and Bridge Incline in a manner that provided for safe passage. The failure to properly maintain the Bridge and Bridge Incline constituted negligence.

15. A direct and proximate cause of the Collision and ensuing injuries and damages sustained by Plaintiff was the negligence of Defendants in that they failed to maintain the Bridge and Bridge Incline in a safe, drivable condition suitable for passage.

## SECOND CAUSE OF ACTION – DUTY TO WARN

16. Defendants owed a duty to Plaintiff and other drivers to warn of potential hazards on the Bridge and Bridge Incline.

17. Defendants failed to warn Plaintiff of the potential hazards on the Bridge and Bridge Incline, including the massive pot hole in the middle of the right southbound lane of Route 896 in the area of the Bridge Incline.

18. A direct and proximate cause of the Collision and ensuing injuries and damages sustained by Plaintiff was the negligence of Defendants in that they failed to warn Plaintiff of hazards on the Bridge and Bridge Incline.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE, Plaintiff demands judgment against the United States of America and the United States Army Corps of Engineers for general compensatory damages, special damages, pre- and post-judgment interest, costs of this action and such other relief as the Court may deem just and fair.

FOX ROTHSCHILD LLP

Neal J. Levitsky, Esq. (DE 2092)
Bernard George Conaway, Esq. (DE 2856)
Seth A. Niederman, Esq. (DE 4588)
Citizens Bank Center, Suite 1300
919 North Market Street
Wilmington, DE 19899-2323
(PH): (302) 654-7444

*Attorneys for Plaintiff*
*Jeffrey Richard Rice*

DATE: May 19, 2006

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JEFFREY RICHARD RICE

(b) County of Residence of First Listed Plaintiff: **New Castle**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Neal J. Levitsky, Esquire   (303) 654-7444
Fox Rothschild LLP, 919 N. Market Street
Suite 1300, Wilmington, DE  19801

## DEFENDANTS
UNITED STATES OF AMERICA and the
UNITED STATES ARMY CORP OF ENGINEERS

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☒ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal Injury | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**28 USC § 1346    28 USC §2675**
Brief description of cause:
**Personal Injury action involving unsafe roadway**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ **$31,000**
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD
Neal J. Levitsky, Esquire (#2092)

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____