## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY RICHARD RICE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-335-KAJ |
| UNITED STATES OF AMERICA, and the UNITED STATES ARMY CORPS OF ENGINEERS, | : |
| Defendants. | : |

### STIPULATION AND ORDER FOR EXTENSION

The parties, through the undersigned, hereby stipulate and agree that the period in which the Defendants, United States of America and the United States Army Corps of Engineers will answer, move or otherwise respond to the Complaint is extended thirty days, through and including August 21, 2006.

Neal J. Levitsky, counsel for plaintiff, has agreed to permit the Office of the United States Attorney to "sign" this stipulation electronically on his behalf.

**Dated: July 21, 2006**

                                           COLM F. CONNOLLY
                                           United States Attorney

/s/Neal J. Levitsky                            /s/Patricia C. Hannigan
**Neal J. Levitsky, Esquire**                  Patricia C. Hannigan
Fox Rothschild LLP                          Assistant United States Attorney
919 North Market Street, Suite 1300      Delaware Bar I.D. No. 2145
P.O. Box 2323                                   The Nemours Building
Wilmington, DE 19899-2323                1007 Orange Street, Suite 700
(302) 654-7444                                 P. O. Box 2046
nlevitsky@frof.com                           Wilmington, DE 19899-2046
                                            (302) 573-6277
***Counsel for Plaintiff***                          Patricia.Hannigan@usdoj.gov

                                           ***Counsel for Defendants***

IT IS SO ORDERED this _____ day of _____, 2006

                                         _____
                                         HONORABLE KENT A. JORDAN
                                         District Judge
                                         United States District Court

## CERTIFICATE OF SERVICE

I, Patricia C. Hannigan, hereby certify that on **July 21, 2006,** I electronically filed the foregoing **STIPULATION AND ORDER FOR EXTENSION** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**Neal J. Levitsky, Esquire**
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444
nlevitsky@frof.com

                                   COLM F. CONNOLLY
                                   United States Attorney

                            By: /s/Patricia C. Hannigan
                                 Patricia C. Hannigan
                                 Assistant United States Attorney
                                 Delaware Bar I.D. No. 2145
                                 The Nemours Building
                                 1007 Orange Street, Suite 700
                                 P. O. Box 2046
                                 Wilmington, DE 19899-2046
                                 (302) 573-6277
                                 Patricia.Hannigan@usdoj.gov