IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY RICHARD RICE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-335-KAJ |
| : | |
| UNITED STATES OF AMERICA, : | |
| and the UNITED STATES ARMY : | |
| CORPS OF ENGINEERS, : | |
| : | |
| Defendants. : | |

## NOTICE OF SUBSTITUTION

Notice is hereby given, pursuant to 28 U.S.C. 1346(b)(1) and 28 U.S.C. 2679(d)(1) of the Federal Tort Claims Act, of the substitution of United States of America in place United States Army Corps of Engineers, as the only Defendant in the above-captioned case. The caption shall henceforth be: *JEFFREY RICHARD RICE v. UNITED STATES OF AMERICA*.

                                          COLM F. CONNOLLY
                                          United States Attorney

                                        By: /s/Patricia C. Hannigan
                                            Patricia C. Hannigan
                                            Assistant United States Attorney
                                            Delaware Bar I.D. No. 2145
                                            The Nemours Building
                                            1007 Orange Street, Suite 700
                                            P. O. Box 2046
                                            Wilmington, DE 19899-2046
                                            Patricia.Hannigan@usdoj.gov
                                            (302) 573-6277

Dated: **July 21, 2006**

## CERTIFICATE OF SERVICE

      I, Patricia C. Hannigan, hereby certify that on **July 21, 2006**, I electronically filed the foregoing **NOTICE OF SUBSTITUTION** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**Neal J. Levitsky, Esquire**
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444
nlevitsky@frof.com

                                        COLM F. CONNOLLY
                                        United States Attorney

                                  By: /s/Patricia C. Hannigan
                                        Patricia C. Hannigan
                                        Assistant United States Attorney
                                        Delaware Bar I.D. No. 2145
                                        The Nemours Building
                                        1007 Orange Street, Suite 700
                                        P. O. Box 2046
                                        Wilmington, DE 19899-2046
                                        (302) 573-6277
                                        Patricia.Hannigan@usdoj.gov