

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

```
The Nemours Building              (302) 573-6277 x 156
1007 Orange Street, Suite 700         FAX (302) 573-6220
P.O. Box 2046                         TTY (302) 573- 6274
Wilmington, Delaware 19899-2046    Toll Free (888) 293-8162
                              Patricia.Hannigan@usdoj.gov
```

August 17, 2006

Honorable Kent A. Jordan
District Judge
U.S. District Court
J. Caleb Boggs Federal Bldg.
844 N. King Street
Lockbox 10
Wilmington, DE 19801

    Re:    **JEFFREY RICHARD RICE. v. UNITED STATES OF AMERICA.**
            **and the UNITED STATES ARMY CORPS OF ENGINEERS**
            **Civil Action No. 06-335-KAJ**

Dear Judge Jordan:

    As Your Honor is aware, the United States filed a Notice of Substitution in the referenced matter (D.I. 4), which was intended to effect the dismissal of the Complaint as to the United States Army Corps of Engineers ("Corps") and to leave the United States as the sole defendant. I understand there is no opposition to that Notice by Plaintiff.

    Unfortunately, it has just come to my attention that the "So Ordered" line that should have appeared at the conclusion of the Notice was inadvertently omitted. With apologies for any inconvenience, I have enclosed a form of Order that, subject of course to the Court's approval, amends the caption to reflect the dismissal of the complaint as to the Corps.

    We appreciate the Court's consideration. I am, of course, available if Your Honor has questions or comments.

                                  Respectfully,

                                  COLM F. CONNOLLY
                                United States Attorney

                            By:/s/Patricia C. Hannigan
                              Patricia C. Hannigan
                              Assistant United States Attorney

PCH:md
Enclosure

cc:    Neal J. Levitsky, Esquire via CM/ECF
        Maria Kolokithias, U.S. Corps of Engineers

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY RICHARD RICE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-335-KAJ |
| UNITED STATES OF AMERICA, and the UNITED STATES ARMY CORPS OF ENGINEERS, | : |
| Defendants. | : |

## ORDER

AND NOW, this ____ day of _____, having heard and considered the United States' Notice of Substitution, it is hereby Ordered that the Complaint is dismissed as to the Army Corps of Engineers. The caption shall henceforth be: *Jeffery Richard Rice v. United States of America.*

_____
HONORABLE KENT A. JORDAN
District Judge
United States District Court