IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY RICHARD RICE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br>and the UNITED STATES ARMY<br>CORPS OF ENGINEERS,<br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>:　Civil Action No. 06-335-KAJ<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

AND NOW, this 18th day of August, 2006, having heard and considered the United States' Notice of Substitution, it is hereby Ordered that the Complaint is dismissed as to the Army Corps of Engineers. The caption shall henceforth be: *Jeffery Richard Rice v. United States of America.*

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE KENT A. JORDAN
　　　　　　　　　　　　　　　　　　　District Judge
　　　　　　　　　　　　　　　　　　　United States District Court