IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY RICHARD RICE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-335-KAJ |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

## STIPULATION AND ORDER FOR EXTENSION

The parties, through the undersigned, hereby stipulate and agree that the period in which the United States of America will answer, move or otherwise respond to the Complaint is extended two days, through and including August 23, 2006.

Neal J. Levitsky, counsel for plaintiff, has agreed to permit the Office of the United States Attorney to "sign" this stipulation electronically on his behalf.

**Dated: August 21, 2006**

                    COLM F. CONNOLLY
                    United States Attorney

/s/Neal J. Levitsky                   /s/Patricia C. Hannigan
**Neal J. Levitsky, Esquire**         Patricia C. Hannigan
Fox Rothschild LLP               Assistant United States Attorney
919 North Market Street, Suite 1300   Delaware Bar I.D. No. 2145
P.O. Box 2323                      The Nemours Building
Wilmington, DE 19899-2323       1007 Orange Street, Suite 700
(302) 654-7444                     P. O. Box 2046
nlevitsky@frof.com               Wilmington, DE 19899-2046
                                  (302) 573-6277
*Counsel for Plaintiff*             Patricia.Hannigan@usdoj.gov

                                  *Counsel for Defendant*

IT IS SO ORDERED this _____ day of _____, 2006

_____
HONORABLE KENT A. JORDAN
District Judge
United States District Court

## **CERTIFICATE OF SERVICE**

I, Patricia C. Hannigan, hereby certify that on **August 21, 2006**, I electronically filed the foregoing **STIPULATION AND ORDER FOR EXTENSION** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**Neal J. Levitsky, Esquire**
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444
nlevitsky@frof.com

        COLM F. CONNOLLY
        United States Attorney

By: /s/Patricia C. Hannigan
    Patricia C. Hannigan
    Assistant United States Attorney
    Delaware Bar I.D. No. 2145
    The Nemours Building
    1007 Orange Street, Suite 700
    P. O. Box 2046
    Wilmington, DE 19899-2046
    (302) 573-6277
    Patricia.Hannigan@usdoj.gov