IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JEFFREY RICHARD RICE,         :
                              :
        Plaintiff,            :
                              :
    v.                        :   Civil Action No. 06-335-KAJ
                              :
UNITED STATES OF AMERICA,     :
                              :
        Defendant.            :

**UNITED STATES' MOTION TO DISMISS OR IN
THE ALTERNATIVE, FOR SUMMARY JUDGMENT
PURSUANT TO FED.R.CIV.P. 12(b)(1), 12(b)(6) AND 56**

The United States, through the undersigned counsel, moves the court to dismiss the captioned action with prejudice, and in support thereof avers as follows:

1. The Complaint alleges injury to Plaintiff resulting from negligence by the United States Army Corps of Engineers ("Corps") in (1) failing to maintain a certain roadway "in a safe, driveable condition" and (2) failing to warn Plaintiff of potential hazards on the roadway. Complaint, ¶¶ 13-18 (D.I.-1). As such, Plaintiff's claims fall under the Federal Tort Claims Act, 28 U.S.C. 2671 *et seq.* ("FTCA").

2. Although the FTCA constitutes a limited waiver of sovereign immunity for allegations of tortious conduct by a federal employee during the course and scope of his employment, Congress also provided therein an exception to that waiver, applicable to "any claim based upon ... the exercise or performance or the failure to exercise or perform a discretionary function or duty on the part of a federal agency or an employee of the Government, whether or not the discretion involved be abused." 28 U.S.C. § 2680. This

is known as the "Discretionary Function Exception," and where, it is applicable, the Court lacks subject matter jurisdiction.

3. In addition, the Corps entered into a contract with the Delaware Department of Transportation ("DelDOT"), pursuant to which, at the time of the incident alleged in the Complaint, DelDOT was responsible for maintaining the road surface at the site of the incident. In return for DelDOT's maintenance of the roadway, the Corps contracted to reimburse DelDOT for its costs. *Id.* Thus, DelDOT stepped into the shoes of an "independent contractor" for purposes of the FTCA, for whose actions the federal Government cannot be held liable.

4. Entering into the contract with DelDOT was a discretionary decision by the Corps, thus the "Discretionary Function Exception" to liability under the FTCA deprives this Court of jurisdiction in this matter. In the alternative, the "independent contractor" defense immunizes the United States from liability under the FTCA..

WHEREFORE, the United States moves the Court to dismiss, or in the alternative, to enter summary judgment in its favor in the captioned action.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:/s/Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
Patricia.Hannigan@usdoj.gov
(302) 573-6277

Dated: **August 22, 2006**

## CERTIFICATE OF SERVICE

I, Patricia C. Hannigan, hereby certify that on **August 22, 2006**, I electronically filed the foregoing **UNITED STATES' MOTION TO DISMISS OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT PURSUANT TO FED.R.CIV.P. 12(b)(1), 12(b)(6) AND 56)** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**Neal J. Levitsky, Esquire**
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444
nlevitsky@frof.com

                                             COLM F. CONNOLLY
                                             United States Attorney

                                       By: /s/Patricia C. Hannigan
                                          Patricia C. Hannigan
                                          Assistant United States Attorney
                                          Delaware Bar I.D. No. 2145
                                          The Nemours Building
                                          1007 Orange Street, Suite 700
                                          P. O. Box 2046
                                          Wilmington, DE 19899-2046
                                          (302) 573-6277
                                          Patricia.Hannigan@usdoj.gov