IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JEFFREY RICHARD RICE** | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 06-335-KAJ |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| Defendant. | : | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Delaware Local Rule 7.1.4, the Plaintiff Jeffrey Richard Rice requests oral argument in connection with the Defendant's Motion to Dismiss Or, In the Alternative, For Summary Judgment.


FOX ROTHSCHILD LLP

/s/ Neal J. Levisky, Esquire
Neal J. Levitsky, Esquire (DE 2092)
Seth A. Niederman, Esquire (DE 4588)
Citizens Bank Center
Suite 1300
919 North Market Street
Wilmington, DE 19899-2323
(302) 654-7444

Date:  September 14, 2006

WM1A 85398v1 09/13/06

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two (2) copies of the attached pleading were served this 14th day of September by First Class Mail, postage prepaid upon the following individual:

> Patricia C. Hannigan, Esquire
> Assistant United States Attorney
> The Nemours Building
> 1007 Orange Street, Suite 700
> P.O. Box 2046
> Wilmington, DE 19899-2046

/s/ Neal J. Levitsky, Esquire
Neal J. Levitsky, Esquire (No. 2092)