# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

JEFFREY RICHARD RICE,                    :
                                         :
                    Plaintiff,           :
                                         :
        v.                               :    C. A. No. 06-335-***
                                         :
UNITED STATES OF AMERICA,                :
                                         :
                    Defendant.           :

## ORDER

At Wilmington, Delaware, this **20th** day of **February, 2007.**

IT IS ORDERED that a status/scheduling teleconference with Judge

Thynge has been scheduled for **Monday, March 12, 2007 at 11:30 a.m. Eastern Time.**

**Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state

counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the

Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE