## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY RICHARD RICE, | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 06-335-*** |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

### ORDER

At Wilmington, Delaware, this **19th** day of **March, 2007.**

IT IS ORDERED that the parties are to file a stipulation consenting to the jurisdiction of the Magistrate Judge on or before **Friday, March 23, 2007.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE