IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY RICHARD RICE, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | Civil Action No. 06-335-*** |

## SCHEDULING ORDER

This 19th day of March, 2007, as a result of an initial Rule 16 scheduling and planning conference pursuant to Local Rule 16.2(a) conducted on March 19, 2007, and the parties having determined after discussion that the matter cannot be resolved at this juncture by settlement, voluntary mediation, or binding arbitration, and discovery cannot be completed in the absence of a decision on defendant's motion to dismiss;

IT IS ORDERED that:

9. Case Dispositive Motions. No other case dispositive motions shall be filed absent permission from the Court.

11. Pretrial Conference. The Court will hold a Final Pretrial Conference in Chambers with counsel tentatively scheduled for February 4, 2008 beginning at 9:00 a.m. Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement of Federal Rule of Civil Procedure 26(a)(3). The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling Order tentatively due on or before January 25, 2008.

12.     Motions *in Limine*. Motions *in limine* shall not be separately filed. All *in limine* requests and responses thereto shall be set forth in the proposed pretrial order. Each party shall be limited to five *in limine* requests, unless otherwise permitted by the Court. The *in limine* request and any response shall contain the authorities relied upon; each *in limine* request may be supported by a maximum of three pages of argument and may be opposed by a maximum of three pages of argument. If more than one party is supporting or opposing an *in limine* request, such support or opposition shall be combined in a single three (3) page submission, unless otherwise ordered by the Court. No separate briefing shall be submitted on *in limine* requests, unless otherwise permitted by the Court.

13.     Jury Instructions, Voir Dire, and Special Verdict Forms. Where a case is to be tried to a jury, pursuant to Local Rules 47 and 51 the parties should file proposed voir dire, instructions to the jury, and special verdict forms and jury interrogatories three full business days before the final pretrial conference. That submission shall be accompanied by a computer diskette (in WordPerfect format) which contains the instructions, proposed voir dire, special verdict forms, and jury interrogatories.

14.     Trial. This matter is tentatively scheduled for a two (2) day bench trial beginning at 9:00 a.m. on February 27, 2008. For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of five (5) hours to present their case.

15.     If needed within twenty (20) days of the Court's decision on defendant's motion to dismiss for lack of subject matter jurisdiction, the parties will file a proposed

scheduling order which includes ¶¶ 1 through 8 of the Court's standard scheduling order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE