IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY RICHARD RICE, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-335-*** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### AMENDED SCHEDULING ORDER

At Wilmington, Delaware, this **20th** day of **March, 2007.**

Due to a conflict in the Court's calender, the Scheduling Order dated March 19, 2007 (D.I. 21) in the above matter is hereby amended as follows:

IT IS ORDERED that:

11. <u>Pretrial Conference</u>.  The Court will hold a Final Pretrial Conference in Chambers with counsel tentatively scheduled for **February 13, 2008** beginning at 9:00 a.m.  Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement of Federal Rule of Civil Procedure 26(a)(3).  The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling Order tentatively due on or before January 25, 2008.

14. <u>Trial</u>.  This matter is tentatively scheduled for a two (2) day bench trial beginning at 9:00 a.m. on **March 3 and 4, 2008.**  For the purpose of completing

pretrial preparations, counsel should plan on each side being allocated a total of five (5) hours to present their case.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE