

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277 x 156
FAX (302) 573-6220
TTY (302) 573- 6274
Toll Free (888) 293-8162
Patricia.Hannigan@usdoj.gov

March 23, 2007

**VIA CM/ECF**

Honorable Mary Pat Thynge
Magistrate Judge
J. Caleb Boggs Federal Building
844 N. King Street, Room 6100
Lockbox 8
Wilmington, DE 19801

    Re:   **JEFFREY RICHARD RICE. v. UNITED STATES OF AMERICA**
           **Civil Action No. 06-335-\*\*\***

Dear Magistrate Judge Thynge:

    Neal Levitsky, counsel for plaintiff, and I have spoken again about the most sensible way of moving forward in the referenced case. While both our clients clearly would like the Court to decide the pending motion to dismiss before we engage in discovery, unfortunately neither of us has been authorized to consent to Your Honor's jurisdiction in this matter.

    It is not clear to us from Your Honor's Order requiring us to stipulate to jurisdiction by today's date whether Your Honor intends such a stipulation to be a prerequisite to your entering an order resolving the pending motion. Although we are unable, at this point, to enter into such a stipulation, we continue to request that the court consider the Motion to Dismiss before we undertake formal discovery.

      We apologize if our positions are inconsistent with Your Honor's understanding during our recent teleconferences and we are, of course, available if the court has questions or comments.

                                      Respectfully,

                                        COLM F. CONNOLLY
                                        United States Attorney

                              By: /s/Patricia C. Hannigan
                                        Patricia C. Hannigan
                                        Assistant United States Attorney

PCH:md

cc:    Neal J. Levitsky, Esquire w/Enclosure /Via CM/ECF
        Maria Kolokithias, U.S. Corps of Engineers w/Enclosure/Via U.S. Mail