IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY RICHARD RICE, | : |
| Plaintiff, | : |
| v. | : C. A. No. 06-335-*** |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

## ORDER

At Wilmington, Delaware, this **26th** day of **March, 2007.**

IT IS ORDERED that in light of defense counsel's unavailability, the teleconference scheduled for Thursday, March 29, 2007 at 10:00 a.m. has been rescheduled to **Monday, April 16, 2007 at 4:00 p.m.** with Judge Thynge. **Patricia C. Hannigan, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE