IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY RICHARD RICE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 06-335-*** |
| : | |
| UNITED STATES OF AMERICA, : | |
| : | |
| Defendant. : | |

### ORDER

At Wilmington, Delaware, this **17th** day of **April, 2007.**

IT IS ORDERED that the pretrial conference scheduled for February 13, 2008 at 9:00 a.m., the pretrial order due date of January 25, 2008, and the trial dates of March 3 and 4, 2008 are vacated.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE