**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JEFFREY RICHARD RICE, | : |
| Plaintiff, | : |
| v. | : C. A. No. 06-335-SLR/MPT |
| UNITED STATES OF AMERICA, et al., | : |
| Defendants. | : |

**ORDER**

At Wilmington this **5th** day of **March, 2008**.

IT IS ORDERED that teleconference has been scheduled for **Thursday, March 13, 2008 at 4:15 p.m.** with Magistrate Judge Thynge. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE