# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY RICHARD RICE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-335-SLR/MPT |
| UNITED STATES OF AMERICA, et al. | : |
| Defendants. | : |

## NOTICE OF SERVICE

I Patricia C. Hannigan, hereby certify that on **April 9, 2008**, copies of the **DEFENDANT'S STATEMENT OF INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** was served via U.S. First Class Mail at the following address::

**Neal J. Levitsky, Esquire**
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444
nlevitsky@foxrothschild.com

                                          COLM F. CONNOLLY
                                          United States Attorney

                                          By:/s/Patricia C. Hannigan
                                              Patricia C. Hannigan
                                              Assistant United States Attorney
                                              Delaware Bar I.D. No. 2145
                                              The Nemours Building
                                              1007 Orange Street, Suite 700
                                              P. O. Box 2046
                                              Wilmington, DE 19899-2046
                                              (302) 573-6277
                                              Patricia.Hannigan@usdoj.gov