## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY RICHARD RICE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-335-SLR/MPT |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **22nd** day of **April, 2008**.

For the reasons set forth in the Report and Recommendation entered in this case on the same date,

IT IS RECOMMENDED that Defendant's motion to dismiss, or in the alternative, for summary judgment (D.I. 8) be GRANTED.

Pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72 (b)(1), and D. Del. LR 72.1, any objections to the Report and Recommendation shall be filed within ten (10) days after being served with the same.

The parties are directed to the Court's Standing Order in Non-*Pro Se* Matters for Objections Filed under Fed. R. Civ. P. 72 (dated April 7, 2008), a copy of which is found on the Court's website (www.ded.uscourts.gov.)

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE