## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY RICHARD RICE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 06-335-SLR/MPT |
| | : |
| UNITED STATES OF AMERICA, et al., | : |
| | : |
| Defendants. | : |

## **ORDER**

At Wilmington this **15th** day of **May, 2008.**

IT IS ORDERED that the mediation conference scheduled for Friday, June 6, 2008, beginning at 10:00 a.m. is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE