## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY RICHARD RICE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-335-SLR/MPT |
| | : | |
| UNITED STATES OF AMERICA, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **22nd** day of **May, 2008.**

IT IS ORDERED that the status report due date of 8/28/2008, the status teleconference scheduled for 9/4/08 at 9:00 a.m., the pretrial order due date of 11/14/2008, and the pretrial scheduled for 11/24/2008 at 11:30 a.m. are cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE